IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOREN PERNELL DOCK, #168 671, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-1061-TMH |
| | ) |
| BOBBY BARRETT, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #5) of the Magistrate Judge is ADOPTED and Plaintiff's complaint is DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i-ii).

A separate judgment shall issue.

Done this 27th day of February, 2012.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE